| DOCUMENTS UNDER SEAL [X] | | | | TOTAL TIME (mins): 11 minutes | |
|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Rose Maher-by Zoom | | ~~REPORTER~~/DIGITAL RECORDING:<br>Zoom: 12:57-1:08 | |
| MAGISTRATE JUDGE<br>Thomas S. Hixson, by Zoom | | DATE<br>4/8/2022 | | NEW CASE<br>[ ] | CASE NUMBER<br>3:22-mj-70384 MAG |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Josef Harold Atchan-by Zoom | AGE<br>25 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Candis Mitchell | | PD. [X] RET. [ ]<br>APPT. [ ] |
| U.S. ATTORNEY<br>Kevin Yeh, by Zoom | | INTERPRETER<br>n/a | | [X] FIN. AFFT SUBMITTED | | [ ] COUNSEL APPT'D |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER<br>Josh Libby-by Zoom | | DEF ELIGIBLE FOR [ ]<br>APPT'D COUNSEL | | PARTIAL PAYMENT [ ]<br>OF CJA FEES |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | |
|---|---|---|---|---|---|
| [X] INITIAL APPEAR<br>complaint | [ ] PRELIM HRG | [ ] MOTION | [ ] JUGM'T & SENTG | [ ] STATUS<br>[ ] TRIAL SET | |
| [ ] I.D. COUNSEL | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER | |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING | |

| INITIAL APPEARANCE | | | |
|---|---|---|---|
| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [ ] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |

| ARRAIGNMENT | | | |
|---|---|---|---|
| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
| PROPERTY TO BE POSTED<br>[ ] CASH $ | | CORPORATE SECURITY [ ] | | REAL PROPERTY: [ ] |
| [X] MOTION FOR DETENTION | [X] PRETRIAL SERVICES REPORT — full bail study | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>4/13/2022 | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
| AT:<br>12:00 PM | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING | [ ] CHANGE OF PLEA | [ ] STATUS |
| BEFORE HON.<br>Judge Hixson | [X] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

Def. consents to hearing by Zoom due to the Pandemic. DPPA: advised. Govt. moved to unseal complaint. Court ordered complaint unsealed. Govt. moved to exclude time 5.1. Court excludes time btwn: 4/8/2022-4/13/2022. Govt to release discovery, Court so ordered. Proffered heard re release; govt. objecting. Court scheduled Det. hrg/full bail study at next hrg.

DOCUMENT NUMBER: